# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NAVY FEDERAL CREDIT UNION, ) <br> ) <br> Garnishee, ) <br> ) <br> and ) <br> ) <br> CHRISTOPHER ROSE, ) <br> ) <br> Defendant. ) | Case No. 2:25-cv-02350-JPM-tmp <br><br> (Reference Case No. 2:11-cr-20195-JPM) |

## ORDER OF GARNISHMENT

A Writ of Continuing Garnishment, pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, directed to Navy Federal Credit Union ("Garnishee"), has been duly issued and served upon Garnishee. Pursuant to the Writ of Garnishment, Garnishee filed an Answer on May 30, 2025, stating that at the time of the service of the Writ, Garnishee had in its possession, custody or control personal property belonging to and due Christopher McCann ("Defendant"), and Garnishee was indebted to Defendant in the total sum of approximately $17,151.52. (ECF No. 6.)

Defendant was notified of the right to a hearing and has not requested a hearing to object to the Answer of Garnishee or determine exempt property.

**IT IS ORDERED** that Garnishee pay $12,151.52 (from account ending in 8056) to Plaintiff United States of America (the "Government"). Garnishee shall pay over such property to

the Government, through the UNITED STATES DISTRICT COURT CLERK, and mail the remittance to **Clerk, U.S. District Court, Western Division Office, 167 North Main Street, Room 242, Memphis TN 38103, referencing case number 2:11cr20195.**

**IT IS FURTHER ORDERED** that, after Garnishee submits the payment referenced above to the United States District Court Clerk, Garnishee shall restore Defendant's access to the accounts, including the remaining balance of approximately $5,000.00.

**IT IS SO ORDERED**, this 3rd day of June, 2025.

*/s/ Jon P. McCalla*
JON P. McCALLA
UNITED STATES DISTRICT JUDGE