IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>   Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NAVY FEDERAL CREDIT UNION, ) <br> ) <br>   Garnishee, ) <br> ) <br> and ) <br> ) <br> CHRISTOPHER ROSE, ) <br> ) <br>   Defendant. ) | Case No. 2:25-cv-02350-JPM-tmp <br><br> (Reference Case No. 2:11-cr-20195-JPM) |

**ORDER TERMINATING GARNISHMENT AND
DISMISSING CASE WITHOUT PREJUDICE**

Before the Court is a Motion to Terminate Garnishment and Dismiss Case Without Prejudice, filed by Plaintiff United States of America (the "Government") on August 13, 2025. (ECF No. 10.)

On May 30, 2025, Navy Federal Credit Union ("Garnishee") filed an Answer, stating that at the time of the service of the Writ, Garnishee had in its possession, custody or control personal property belonging to and due Christopher Rose ("Defendant"), and Garnishee was indebted to Defendant in the total sum of approximately $17,151.52 between two accounts. (ECF No. 6.) On June 3, 2025, the Court entered an Order of Garnishment, ordering Garnishee to pay $12,151.52 (from account ending in 8056) to the Government through the Court Clerk. (ECF No. 7.) The Court further ordered that, after Garnishee submits the payment referenced above to the Court

Clerk, Garnishee shall restore Defendant's access to the accounts, including the remaining balance of approximately $5,000.00.  (Id.)

The Government has advised that Garnishee has submitted the required payment to the Court Clerk and that payment has been credited to Defendant's restitution debt.  (ECF No. 10.)  Moreover, the Government has advised that Garnishee has restored Defendant's access to the accounts and the remaining balance.  (Id.)  Because Garnishee has satisfied its obligations under the Order of Garnishment, the Government requests, pursuant to 28 U.S.C. § 3205(c)(10)(A), that the Court terminate the garnishment and dismiss this case without prejudice.

For good cause shown, the Government's Motion is **GRANTED**.  Accordingly, the garnishment proceeding against Navy Federal Credit Union is **TERMINATED** and this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 14th day of August, 2025.

>	*/s/ Jon P. McCalla*
>	JON P. McCALLA
>	UNITED STATES DISTRICT JUDGE